# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYMENT SOLUTIONS MANAGEMENT, INC., a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERS PERSONNEL – CENTRAL VALLEY, CORP., a Delaware corporation; PARTNERS PERSONNEL – COMMERCE, CORP., a Delaware corporation; PARTNERS PERSONNEL – GOLD COAST, CORP., a Delaware corporation; PARTNERS PERSONNEL – GOLD COAST II, CORP., a Delaware corporation; PARTNERS PERSONNEL – GOLD COAST III, CORP., a Delaware corporation; PARTNERS PERSONNEL – INDUSTRY, CORP., a Delaware corporation; PARTNERS PERSONNEL – INLAND MORENO, CORP., a Delaware corporation; PARTNERS PERSONNEL – INLAND, CORP., a Delaware corporation; PARTNERS PERSONNEL – IRVINE, CORP., a Delaware corporation; PARTNERS PERSONNEL – NORTH HOLLYWOOD, CORP., a Delaware corporation; PARTNERS PERSONNEL – SAN DIEGO, CORP., a Delaware corporation; PARTNERS PERSONNEL – SAN FERNANDO, CORP., a Delaware corporation; PARTNERS PERSONNEL – SANTA ANA, CORP., a Delaware corporation; PARTNERS PERSONNEL – SOUTH BAY, CORP., a Delaware corporation; PARTNERS PERSONNEL – SANTA FE SPRINGS, CORP., a Delaware corporation; PARTNERS PERSONNEL – MANAGEMENT SERVICES, LLC, a Delaware limited liability company; THOMAS CORTE, an individual; PATTIE SMITH, an individual; CHRISTINA FIERRO, an individual; MARK MCCOMB, an individual; and PATRICIA RICO, an individual,<br><br>Defendants. | Case No. 8:17-cv-01044-JLS (JCGx)<br><br>**ORDER ENTERING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Josephine L. Staton |

The Stipulation of Dismissal with Prejudice is ENTERED and the above-entitled action is DISMISSED WITH PREJUDICE. Each party to bear its own fees and costs.

Dated: June 28, 2021

_____
Hon. Josephine L. Staton
United States District Judge